**SO ORDERED.**

**SIGNED this 10th day of May, 2013.**



_____
Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:
JEFFREY MICHAEL RUNNEBAUM               CHAPTER 13
LENA DANIELLE LAKIN-RUNNEBAUM            CASE NO.: 11-41659-13
_____

<u>ORDER DENYING TRUSTEE'S MOTION TO DISMISS</u>

NOW, the Trustee's Motion to Dismiss filed on March 26, 2013 in this case came on for consideration before the Court.

The Court finds:

1. HAS BEEN RESOLVED

2. The Motion to Dismiss the proceedings is now moot.

3. The Motion of the Trustee to Dismiss these proceedings should be, and is hereby denied.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED that the Motion of the Trustee to Dismiss the above captioned Bankruptcy matter is denied.

###

Prepared and Approved by:

_s/ - JAN HAMILTON, TRUSTEE_
P.O. Box 3527, Topeka, KS 66601
(785) 234-1551

FG46/DB